MURIEL LAVYNE, Respondent, v MTA/NEW YORK CITY TRANSIT AUTHORITY et al., Appellants, et al., Defendant. [979 NYS2d 550]—

Concur—Tom, J.P., Saxe, Moskowitz, Gische and Clark, JJ.